IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDRE JAMES USSERY**
**ADC # 119994**                                                                                          **PLAINTIFF**

v.                              Case No. 5:14-cv-225 KGB

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses with prejudice this action. The Court declines to issue a certificate of appealability.

SO ADJUDGED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge